91 A.3d 1230

**In re Nomination Petition of John CONNELLY, as Candidate for the Democratic Nomination for Representative from the 198th Legislative District.**

**Appeal of Margaret McCall, Objector.**

Supreme Court of Pennsylvania.

Submitted on Briefs April 29, 2014.

Decided May 4, 2014.

Kathleen Marie Kotula, Esq., PA Department of State, for Department of State.

City Commissioners of Philadelphia, pro se.

Andrew Theo Neuwirth, Esq., Neuwirth Law Office, LLC, West Conshohocken, for Margaret McCall.

Daniel Conner, Esq., Philadelphia, for John Connelly.

BEFORE: CASTILLE C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and STEVENS, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of May, 2014, the Order of the Commonwealth Court is hereby AFFIRMED.